*1006 540 U. S. 1218;
540 U. S. 1158;
540 U. S. 1219;
540 U. S. 1180;
540 U. S. 1180;
540 U. S. 1182;
540 U. S. 1183;
540 U. S. 1183;
540 U. S. 1184;
540 U. S. 1116;
540 U. S. 1117;
540 U. S. 1153;
540 U. S. 1186;
540 U. S. 1187;
540 U. S. 1189;
540 U. S. 1189;
*1007 No. 03-7834.
No. 03-7852.
No. 03-8001.
No. 03-8011.
No. 03-8126.
No. 03-8134.
No. 03-8201.
No. 03-8272.
No. 03-8286.
540 U. S. 1140;
540 U. S. 1155;
540 U. S. 1196;
540 U. S. 1196;
540 U. S. 1200;
540 U. S. 1200;
540 U. S. 1202;
540 U. S. 1204;
540 U. S. 1224. Petitions for rehearing denied.